GRANT R. CLAYTON (Utah State Bar No. 4552)
BRETT J. DAVIS (Utah State Bar No. 7840)
CLAYTON, HOWARTH & CANNON, P.C.
P.O. Box 1909
Sandy, Utah 84091-1909
Telephone: (801) 255-5335
Facsimile: (801) 255-5338

Attorneys for Plaintiffs Sunshade Enclosures, LLC, David G. Weaver and Equinox Manufacturing, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUNSHADE ENCLOSURES, LLC, DAVID G. WEAVER and EQUINOX MANUFACTURING, LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>VERGOLA PTY LTD.,<br><br>            Defendant. | ORDER GRANTING STIPULATED MOTION TO AMEND AND AMENDED SCHEDULING ORDER<br><br>Civil No. 2:07-cv-135<br><br>Judge Clark Waddoups<br>Magistrate David Nuffer |

Based upon the Stipulated Motion to Extend Case Deadlines (docket #32) filed by the parties in this matter, and other good cause so appearing, the Court GRANTS the motion and the case deadlines set forth in the Scheduling Order and Order Vacating Hearing entered by the Court on January 8, 2009 in the matter be revised as follows:

1.  **RULE 26(a)(2) REPORTS FROM EXPERTS**

    a.  Plaintiff                                                        *02/16/10*

    b.  Defendant                                                     *03/16/10*

    c.  Counter reports                                           *04/15/10*

**2.   OTHER DEADLINES**

a. Discovery to be completed by:

Fact discovery — 0*1/15/10*

Expert discovery — *05/14/10*

b. *(optional)* Final date for supplementation of disclosures and discovery under Rule 26 (e) — *00/00/00*

c. Deadline for filing dispositive or potentially dispositive motions — *06/30/10*

**7.   TRIAL AND PREPARATION FOR TRIAL:**

a. Rule 26(a)(3) Pretrial Disclosures

Plaintiff — **10/08/10**

Defendant — **10/22/10**

b. Objections to Rule 26(a)(3) Disclosures
(if different than 14 days provided in Rule)

**DATE**

c. Special Attorney Conference on or before — **11/05/10**

d. Settlement Conference on or before — 11/05/10

e. Final Pretrial Conference — 2:30 p.m. — 11/22/10

f. Trial  |  **Length**  |  **Time**  |  **Date**

   i. Bench Trial — *# days*

   ii. Jury Trial — *8 days* — *8:30 a.m.* — *12/06/10*

Dated this _14th day of __October___, 2009.

BY THE COURT:

_____
David Nuffer
U.S. Magistrate Judge