GRANT R. CLAYTON (Utah State Bar No. 4552)
BRETT J. DAVIS (Utah State Bar No. 7840)
CLAYTON, HOWARTH & CANNON, P.C.
P.O. Box 1909
Sandy, Utah 84091-1909
Telephone: (801) 255-5335
Facsimile: (801) 255-5338

Attorneys for Plaintiffs Sunshade Enclosures, LLC, David G. Weaver and Equinox Manufacturing, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUNSHADE ENCLOSURES, LLC, DAVID G. WEAVER and EQUINOX MANUFACTURING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VERGOLA PTY LTD.,<br><br>Defendant. | ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER<br><br>Civil No. 2:07-cv-135<br><br>Judge Clark Waddoups |

Based upon the Stipulated Motion to Extend Deadline to Conduct Depositions by Oral Examination filed by the parties in this matter (docket #35) and other good cause so appearing, the court GRANTS the motion and IT IS HEREBY ORDERED that the case deadlines as set forth in the Scheduling Order and Order Vacating Hearing entered by the Court on January 8, 2009 and in the Order Granting Stipulated Motion to Amend and Amended Scheduling Order entered by the Court on October 14, 2009 the matter be revised as follows:

1. Fact discovery shall close on January 15, 2010 pursuant to the Stipulated Motion to Amend and Amended Scheduling Order entered by the Court on October 14, 2009, except that the parties shall have until February 15, 2010 to complete depositions by oral examination on fact witnesses. All other deadlines shall remain unchanged.

Dated this _18th_ day of _January_, 2010.

BY THE COURT:

_____
David Nuffer
U.S. Magistrate Judge

S:\IPT\2010\Sunshade Enclosures v. Vergola PTY  207cv135CW  amended 0113 tb.wpd